Montell *v.* La Corte de Distrito de San Juan.

.Solicitud para que se expida mandamiento de Certiorari.

No. 3.—Resuelto en Junio 25, 1910.

Consignación.—La consignación de una cantidad de dinero cuyo pago le hubiere sido exigido al depositario de la misma, deberá verificarse ante el Tribunal que originariamente conociera del juicio y que hubiere requerido su entrega, y no ante el Tribunal de segunda instancia. .

#### EXPOSICIÓN DEL CASO.

*Resultando*: que según los antecedentes que se tienen á la vista, se tramitó en el Juzgado Municipal de Bayamón un juicio verbal civil entre el Presbítero Don Manuel Diaz Caneja, en su carácter de Colector de Obras Pías, y Don Julio Montell en cobro del capital y pensiones de un censo, en cuyo juicio, á instancias del primero y para asegurar la efectividad de la sentencia, se embargó y mandó retener en poder de Mr. Frederick U. Hawes la cantidad de 480 dollars que según se indica corresponde á dicho demandado Don Julio Montell.

*Resultando*: que dictada sentencia en dicho pleito en favor del actor, apeló de ella el demandado, ante la Corte del Distrito de San Juan, y se revocó dicha sentencia, desestimándose la demanda del Señor Caneja en la representación que ostenta, y según auto de 10 de Junio último, dictado por dicho Tribunal en las actuaciones originales que remitió, consta de un suplicatorio del Juzgado de Bayamón, que se levantó el embargo de la cantidad ameritada, y de otras copias, que se requirió á Mr. Hawes para que la consignase en dicho Juzgado, pero sin explicarse el motivo, se hizo la consignación en el Tribunal de Distrito de San Juan y después de puesta en conocimiento de las partes, ó sea de Caneja y Montell, y, á pesar de haber solicitado éste que se le entregase dicha cantidad, se dictó el auto de 10 de Junio último ya referido,

declarando no haber lugar á tener por bien hecha la consignación ordenando la devolución al Sr. Hawes, previo recibo, del comprobante del depósito de los 480 dollars en la Mercantil de De Ford y Compañía.

*Resultando*: que solicitado un auto de certiorari por la representación de Montell, é instruido el Presbítero Don Manuel Diaz Caneja, quien se opuso, se señaló día para la vista que tuvo lugar sin asistencia de las partes y se decretó el referido auto reclamando las actuaciones originales referentes al asunto.

Abogado del demandante: *Sr. Freyre Barbosa.*

Abogado de la parte opositora: *Sr. Texidor.*

### OPINIÓN DEL TRIBUNAL.

*Considerando*: que no hay razón alguna que justifique el hecho de la consignación de la cantidad en cuestión ante el Tribunal de Distrito de San Juan, cuando el que requirió su entrega fué el Juez Municipal de Bayamón.

*Considerando*: que siendo éste el que originariamente conoció del juicio principal, ordenó la retención de la cantidad y después su alzamiento y entrega á Don Julio Montell, y devuelta á dicha autoridad judicial la jurisdicción por virtud del recurso de apelación resuelto, sólo ella está en condiciones de resolver lo procedente sobre la consignación.

*Vista*: la Ley autorizando los autos de certiorari, aprobada en 10 de Marzo último.

*Se declara*: que la consignación está mal hecha ánte el Tribunal de San Juan y éste remitirá el comprobante de depósito de los cuatrocientos ochenta dollars en la mercantil de De Ford y Ca., al Juzgado Municipal de Bayamón, para que proceda con arreglo á derecho; remítase copia certificada de esta resolución á la Corte de San Juan, para su cumplimiento, y devuelvánse las actuaciones originales que remitió.

Jueces concurrentes: Sres. Presidente, Quiñones y Asociados Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista este caso.